



# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Mrs. Ella Mae Murphy, Member
State Board of Hairdressers and Cosmetologists
Austin, Texas

Dear Madam:
Opinion No. O-2279
Re: Right of cosmetologist students
to claim credit for time spent in one
school after transferring to another.

    This will acknowledge receipt of your letter of April 23, 1940, in which you seek an opinion of this department on the following question:

> "In view of Article 734b, Sections 10a and
> 11a, we would appreciate an opinion as to the
> authority vested within the Board, with reference
> to the daily records of attendance of students.
> If a student has spent a specified amount of time
> in a certain school, and should decide to transfer
> to another school, would we have a right to give
> the student credit for the hours spent in the
> first school before same has been authorized by
> that school?"

    Pursuant to our request for additional information, you state in your letter of May 23, 1940:

> "In reply to your request of May seventh,
> each school mails this Office a monthly record
> as to the hours each student completed that parti-
> cular month. Often a student for some reason
> wishes to transfer to another school. Do we have
> the authority to furnish the school to which a
> student is transferring the hours we have on re-
> cord in our Office without first securing the
> approval of the school from which the student is
> transferring?

> "In many of the schools a student is required
> to sign a contract and note, the tuition being pay-

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT

ed by installments, for a beauty course of one thousand hours over a period of six months; and for this reason the particular school cited to you in our letter of April twenty-third is not willing to permit us to furnish the school to which the students are transferring their record as to hours and time spent in school."

Subsection (a) of Section 11, Article 734b of the Penal Code provides in part, that each school:

".....shall keep a daily record of the attendance of students; maintain regular class and instruction hours, establish grades and hold examinations before issuing diplomas, and shall require a school term of not less than one thousand (1,000) hours to be completed in not less than six (6) months for a complete course of all or a majority of the practices of hairdressing and cosmetology."

Where a student transfers from one duly licensed school to another, he or she would be entitled to credit for the number of hours spent in the first school. We believe it to be your duty to certify to the second school, upon request therefor, the number of hours spent by the student in question in the first school as reflected by your records.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By *Lloyd Armstrong*

Lloyd Armstrong
Assistant

LA:AW

APPROVED MAY 24, 1940

*Gerald C. Mann*

ATTORNEY GENERAL OF TEXAS



APPROVED
OPINION
COMMITTEE
BY *BWB*
CHAIRMAN